friction, the County Court, in March 1680/81, replaced Hugh Clarke as administrator by Abiel Lamb, who was to pay fifty pounds to his father-in-law at the rate of eight pounds a year (S. F. 2997.11).

The habit of litigation seems to have become too deeply ingrained in the family, however, to be so easily eradicated: in July, 1682, Clarke sued his son-in-law unsuccessfully for one instalment of his compensation which he alleged had not been paid (S. F. 2997.12); and as late as 1691 we find John Clarke appointed attorney to the Suffolk County Treasurer to sue Lamb as administrator to the Buckminster estate (S. F. 2997.25).]

### DAFFORN cont$^a$ EARLE

John Dafforn Attourny of James Matthews plaint. cont$^a$ Robert Earle prison keeper in Boston Defend$^t$ The plaint. was nonsut$^d$ in failure of power and costs allow$^d$ the Defend$^t$ Fourteen Shillings eight pence.

Execution issued. 19$^o$ July. 1681.

[ See Earle Acquitted, below, p. 1160.]

### WELD cont$^a$ HALL

Thomas Weld plaint. cont$^a$ Richard Hall & Elizabeth his wife Executrix of John Holbrooke dece$^d$ Defend$^t$ The plaint. was non-sut$^d$ in failure of process.

### BURDEN cont$^a$ LEVERETT

Stephen Burden plaint. cont$^a$ Hudson Leverett Defend$^t$ The plaint. withdrew his accion upon a judgem$^t$ acknowledged.

### FENO cont$^a$ ATHERTON

John Feno plaint. cont$^a$ Watching Atherton Defend$^t$ in an action of debt due upon bill according to Attachment. . . . The Jury . . . found for the plaint. Five pounds six Shillings money and one pound in English goods according to bill and costs of Court granted twenty four Shillings two pence.

Execution issued. 17$^o$ april. 1680.

### SHAW cont$^a$ NORTON

Joseph Shaw plaint. cont$^a$ William Norton Defend$^t$ in an accion of the case for witholding a Servant from this plaint. named John

Norton according to attachm$^t$. . . . The Jury . . . found for the Defend$^t$ costs of Court. [ **626** ]

## BRENTNALL cont$^a$ GATCHELL

Thomas Brentnall plaint. cont$^a$ Joseph Gatchell Defend$^t$ in an accion of debt of three pounds ten Shillings or thereabouts due upon account and otherwise according to attachm$^t$. . . . The Jury . . . found for the plaint. three pounds ten Shillings money and costs of Court allow$^d$ thirty Six Shillings two pence.

Execution issued 2° Feb$^r$ 1679.

## PORTER cont$^a$ APPLETO$^n$

Abel Porter plaint. cont$^a$ John Appleton Defend$^t$ in an action of the case for witholding the full and just Summe of one hundred pounds of lawfull money of New-England due to this plaint. upon the Forfiture of a bond of Arbitration given under the hand and Seale of s$^d$ Appleton dated. 6: Nov$^r$ 1678. as shall appear with all other due damages. . . . The Jury . . . found for the plaint. One hundred pounds in money being the Forfiture of the bond & costs of Court The Defend$^t$ appealed from this Judgem$^t$ unto the next Court of Assistants and put in Security for prosecution thereof to effect.

[ The bond of arbitration in this case has not been preserved; but the award of the arbitrators is in S. F. 1878.6. In S. F. 1878.2 is a summons to Henry Deering, John Walley, Penn Townsend, Paul Dudley, Benjamin Davis, and John Pynchon (of whom the second and third had been the arbitrators) to testify at the County Court. The account over which the disagreement arose (S. F. 1878.5) follows:

Accompt of Sales Sundry goods Ship't aboard the Katch Dilligence Thom. Palmer Comm$^a$ for Accompt of m$^r$ Abel Porter is D$^r$ to Sundry Ac$^{tt}$ of charges. viz$^t$:

| Virginia 1677 | | £ tobac |
|---|---|---|
| Novemb$^r$ 26 | To. $\frac{1}{8}$ part of Victualling the Katch in Virg$^a$ 62$^{li}$ $\frac{1}{2}$ . . . | 0062$\frac{1}{2}$ |
| | To: $\frac{1}{8}$ part of Entring & Cleering the Katch Coll$^{rs}$ . . . | 0105 |
| | To. Storehouse Roome for goods . . . . . . . . . . | 0250 |
| | To Sloope hire to Ship't Tobacco in Holland . . . . . | 0100 |
| | To. Commission for Sales at 5 per $^{ctt}$ . . . . . . . . . | 0535 |
| | | 1052$\frac{1}{2}$ |
| | To. his Acco$^t$ curr$^t$ below for Ball$^a$ of his Accompt Sales being . . . . . . . . . . . . . . . . . . . . | 9653 |
| | | 10750 |